SEALED

FILED

11/22/2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY vyc DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>(1) OMAR JAVIER JAUREGUI,<br>(2) JOSHUA JESUS RIOS,<br>Defendants. | Case No.: 23MJ8873<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 18, U.S.C., § 922(a)(1)(A)– Deal Firearms Without a License<br><br>Title 18, U.S.C., § 922(o)- Illegal Possession of a Machine gun |

The undersigned complainant being duly sworn states:

<u>COUNT 1</u>

On or about July 13, 2023, within the Southern District of California, the defendants OMAR JAVIER JAUREGUI and JOSHUA JESUS RIOS, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully

engage in the business of dealing in firearms, to wit: defendants sold one (1) un-serialized privately made, 9-millimeter (mm) pistol, with "Polymer 80" markings on the pistol frame, (1) Taurus, model PT140 G2, 40-caliber pistol bearing serial number SIW07118; in violation of Title 18, United States Code, Sections 922(a)(1)(A).

COUNT 2

On or about September 29, 2023, within the Southern District of California, the defendant OMAR JAVIER JAUREGUI, did knowingly possess and transfer a machinegun, that is, a machinegun conversion device, commonly referred to as "Glock Switch; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

FELIX OSORIO-RUIZ, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 21st day of November, 2023.

HONORABLE LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

Beginning in July of 2023, ATF Special Agents (SAs) received information that an individual known as "Flako," who was later identified through law enforcement databases and records checks as, Joshua Jesus RIOS ("RIOS"), had two (2) firearms available for sale within the Southern District of California. Based on this information, Agents coordinated the purchase and sale of firearms from RIOS utilizing an ATF Confidential Informant (CI[1]) and ATF Undercover Agents (UCAs[2]). As further described below, during the investigation, UCA-1 was introduced to Omar Javier JAUREGUI ("JAUREGUI"), as a source for firearms.

Between July and November of 2023, UCAs purchased numerous firearms, including Privately Made Firearms (PMF(s)), also known as "Ghost Guns," a machinegun conversion device (MCD), and a short-barreled rifle. PMFs are also known as "Ghost Guns" because they are not serialized and, therefore, are untraceable.

*July 13, 2023 – Sale of two (2) Firearms from RIOS and JAUREGUI*

In early July of 2023, the CI began communicating via cellphone with RIOS, who was offering to sell various firearms. During that time, the CI involved law enforcement, and ATF agents began to assist in coordinating a controlled purchase of firearms from

---

1 The CI involved in this investigation is paid subsistence compensation in exchange for cooperation. The CI has provided truthful and credible information related to this investigation as well as current ongoing investigations. No promises of any kind have been made to the CI. A criminal records check revealed the CI was arrested in March of 2019 for Alien Smuggling. The CI was activated in March of 2022. In July of 2022, the CI was arrested and issued a penalty for Alien Smuggling at the San Ysidro Port of Entry, located in San Diego, California. The CI was deactivated in August of 2022. The CI was reactivated on November 4, 2022, and deactivated in October of 2023.

2 There were UCAs utilized in this investigation. They are identified throughout as UCA-1, UCA-2, and UCA-3. UCA-1 is fluent in the Spanish language.

RIOS. Through those communications, RIOS agreed to sell the CI one (1) 9-millimeter (mm) pistol with "Polymer 80" markings on the pistol frame, and one (1) Taurus, model PT140 G2, 40-caliber pistol on July 13, 2013.

That day, through that coordination, a recorded meeting took place between UCA-1, the CI, RIOS, JAUREGUI, and a third Hispanic male later identified as Elecio Luisano Hernandez (hereinafter Hernandez), at an AM PM convenience store parking lot, located in the city of Brawley, which is located within the Southern District of California. RIOS pulled into the AM PM parking lot with two additional occupants in the vehicle. UCA-1 and the CI exited their vehicle and entered RIOS vehicle. Once inside the vehicle, RIOS handed UCA-1 a firearm box, and identified the firearm as a "P80" pistol with a "Glock slide." UCA-1 inspected this firearm and determined it to be an un-serialized PMF, 9-millimeter (mm) pistol, with "Polymer 80" markings on the pistol frame. RIOS stated the firearm came with a thirty (30) round magazine, a loader, and six (6) rounds of 9mm ammunition. The ammunition was scattered inside the black firearm box. RIOS priced the firearm at $700.

RIOS then introduced JAUREGUI, who was also in the vehicle. RIOS indicated to UCA-1, that JAUREGUI had a second firearm. JAUREGUI then reached into the backseat driver side pouch and pulled out a second pistol. JAUREGUI identified the firearm as a Taurus, model PT140 G2, 40-caliber pistol bearing serial number SIW07118 and priced at $800. JAUREGUI asked UCA-1 if the firearms were destined for Mexico, to which UCA-1 responded affirmatively.

RIOS then showed UCA-1 a photograph depicting a rifle and a pistol that were also for sale. RIOS provided UCA-1 with his contact number and informed UCA-1 that he (RIOS) is also known as "Flako." JAUREGUI informed UCA-1 of a "homie" (friend/associate) of his who also had firearms available for sale and stated that he (JAUREGUI) would be in touch with UCA-1.

Both firearms purchased that day were inspected, and function tested by UCA-1, and appeared to be functioning and cycling properly. UCA-1 paid a total of $1,500 for the two (2) firearms, which are depicted here:



*July 20, 2023- Sale of three (3) Firearms from JAUREGUI*

On July 14, 2023, UCA-1 received a text message from JAUREGUI, who texted from his own phone, and identified himself as "Flako's homie." JAUREGUI informed UCA-1 of three (3) more firearms available for sale and sent picture messages depicting a firearm with a Polymer pistol frame containing the lettering "Polymer 80," a revolver, and an AR (Assault Rifle) style rifle. RIOS also texted a picture of the same AR style rifle to UCA-1. JAUREGUI stated the AR style rifle belonged to one of RIOS's friends but would be able to get UCA-1 a good price. UCA-1 agreed to purchase the firearms.

The transaction occurred on July 20, 2023, and was audio and video recorded. That day, JAUREGUI forwarded UCA-1 a location of 1234 K. Street, Brawley CA, and stated the deal would occur at the address. UCA-1 arrived at 1234 K. Street but observed JAUREGUI exit 1251 K. Street. The investigation revealed 1251 K. Street was JAUREGUI's residence.

JAUREGUI entered UCA-1's undercover vehicle (UCV) and pulled out a 22-caliber pistol and a revolver from within his pants. UCA-1 inspected the firearms and identified them as an un-serialized (PMF) 22-caliber pistol with "Polymer 80" markings on the frame, and a High Standard, model Double-Nine, 22-caliber revolver, which bore serial number 902762. UCA-1 paid JAUREGUI $1,200 for both firearms. JAUREGUI then informed UCA-1 that the AR style rifle was inside his residence. JAUREGUI exited the UCV and reentered his residence to retrieve the rifle. JAUREGUI was observed exiting his residence holding a blue towel with a rifle's barrel sticking out and a white Styrofoam cup in his hand. JAUREGUI again entered the UCV and placed the rifle in the backseat. JAUREGUI placed the Styrofoam cup in the center cup holder, where UCA-1 observed the cup was filled with green tip rifle ammunition.

UCA-1 inspected the rifle and identified it as a Ruger, model AR-556, 5.56 caliber rifle bearing serial number 855-39562. UCA-1 paid JAUREGUI $1,100 for the rifle. The firearms that JAUREGUI sold UCA-1 that day are depicted here:



JAUREGUI stated that a "homie" (friend/associate) of his builds PMFs, which he described as "Homemade Firearms". JAUREGUI stated that he might also be able to get two (2) more rifles and two (2) "Glock Switches" but would have to find out the price.

"Glock Switches" are Machinegun Conversion Devices (MCDs) that, when integrated with a semiautomatic weapon, will convert it to fire in fully automatic capacity.

MCDs are defined as machineguns under federal law, even when not integrated with a firearm.

*August 16, 2023- Sale of Three (3) Firearms from JAUREGUI*

Between August 11, 2023, and August 16, 2023, UCA-1 was in communications with JAUREGUI, regarding the sale of additional firearms. During a recorded phone call, JAUREGUI informed UCA-1 of a rifle capable of firing semi and fully automatic, and a Remington 22 caliber rifle available for sale. UCA-1 observed the photo that was forwarded by JAUREGUI of the fully automatic rifle and did not see any manufacturer markings on the receiver of the rifle.

The transaction occurred on August 16, 2023, and was audio and video recorded. UCA-1 met with JAUREGUI at a hotel parking lot located in Brawley. JAUREGUI arrived in a white Nissan[3] and exited the front passenger seat of the vehicle. The vehicle had dark tinted windows and the driver never exited the vehicle.

JAUREGUI opened the rear door to the Nissan and UCV, reached into the backseat of the Nissan, and placed the firearms concealed in a blue towel in the backseat of the UCV. JAUREGUI then returned to the Nissan to retrieve a box of 9mm ammunition and entered the front passenger seat of the UCV.

UCA-1 removed the blue towel and observed a PMF, which was an un-serialized AR style short-barreled rifle 5.56 caliber, and a Remington model 572 Field Master 22 caliber rifle bearing no serial number. JAUREGUI began to instruct UCA-1 how to manipulate the lever of the rifle to convert it to fire semi-automatic to fully automatic.

JAUREGUI stated he fired the rifle before and confirmed its capability to fire fully automatic. The firearms were inspected by UCA-1 and appeared to be functioning and cycling properly. UCA-1 paid JAUREGUI $2,100 for the firearms. JAUREGUI also

---

[3] Through surveillance efforts, agents were able to determine that the white Nissan (identified by its license plate) was seen leaving JAUREGUI's residence immediately prior to the transaction on August 16, 2023.

informed UCA-1 of having a source of supply for "hielo" (methamphetamine). UCA-1 told JAUREGUI that UCA-1 was in the business of buying firearms and taking them to Mexico.

JAUREGUI stated he would be willing to use his CA driver's license, to go to a gun store, and purchase firearms on behalf of UCA-1 (Straw Purchase). JAUREGUI explained he would need to go through a background check that takes ten (10) days and would charge UCA-1 a small fee. JAUREGUI stated he would need the money to purchase the firearms and request the serial number for each firearm be "scratched off" (obliterated), so long as the firearms were destined "para afuera" (Mexico).

Later the same day, UCA-1 received a text message from JAUREGUI regarding another firearm available for sale. UCA-1 and JAUREGUI agreed to meet at the same hotel parking lot.

This time, JAUREGUI arrived in a white Jeep and parked near the UCV. JAUREGUI exited the front passenger seat of the vehicle and made his way to the UCV holding a blue shopping bag. The vehicle had dark tinted windows and the driver never exited the vehicle.

JAUREGUI pulled a firearm from within the bag. UCA-1 inspected the firearm, which was a Zastava, model Pap M92 PV, 7.62x39mm pistol bearing serial number M92PV065372. The firearm appeared to be cycling and functioning properly.

JAUREGUI asked why UCA-1 was purchasing so many firearms. UCA-1 again stated that the firearms were destined for Mexico. JAUREGUI replied that he (JAUREGUI) did not care about the firearms going to Mexico. UCA-1 paid JAUREGUI $1,700 for the firearm.

Measurements of the barrel length and overall length were documented for the PMF, 5.56 caliber un-serialized rifle. The barrel length measured approximately 8 inches, with an overall length of 26 inches. The firearm was examined, and field tested and determined to be consistent with operating in fully automatic mode. The firearms that JAUREGUI sold UCA-1 that day are depicted here:




*September 29, 2023- Sale of four (4) Firearms & one (1) MCD from JAUREGUI*

Between September 9, 2023, and September 29, 2023, UCA-1 was in communications with JAUREGUI regarding the sale of more firearms.

On September 3, 2023, UCA-1 received a text message from JAUREGUI, but from a different number.[4] JAUREGUI informed UCA-1 that he changed his phone number and forwarded photographs depicting a shotgun and rifle for sale. JAUREGUI stated he would also have a "Glock Switch" available for UCA-1 to purchase. UCA-1 informed JAUREGUI that UCA-1 was not available to meet for the purchase of the firearms that day, and that

[4] Records checks for this new number revealed the subscriber's name as "Omar JAUREGUI."

UCA-1 would be sending an associate, UCA-2 instead. JAUREGUI agreed to meet UCA-2 at a hotel parking lot located in Brawley.

The transaction occurred on September 29, 2023, and was audio and video recorded. JAUREGUI arrived in a Chevrolet pick-up truck (hereinafter "JAUREGUI's Truck") and parked next to the UCV. UCA-2 took several firearms from JAUREGUI's Truck and placed them in the backseat of the UCV. JAUREGUI then handed UCA-2 an MCD, pulled out a pistol from his waistband, and began to instruct UCA-2 how to attach the MCD to convert a semi-automatic pistol to fire fully automatic. JAUREGUI stated the MCD will only attach to Glock style pistols and informed UCA-2 of the MCD being "super illegal" in California. JAUREGUI stated he used the MCD and confirmed its ability to convert a semi-automatic pistol to fire fully automatic.

UCA-2 inspected the firearms and observed them to be an MCD, "Glock Switch", a Tokarev, model TX3, 12-gauge shotgun bearing serial number 52-H22PT-000500, a Mossberg, model MC1SC, 9mm pistol bearing serial number 040124CP, and a Rossi, model R22S, 22 caliber rifle bearing serial number 7CAZ20147P. All firearms appeared to be cycling and functioning properly. UCA-2 paid JAUREGUI $3,000 for the firearms, which included the MCD.

Later the same day, UCA-1 received a text message from JAUREGUI regarding another firearm available for sale. UCA-1 again informed JAUREGUI that UCA-1 was not available to meet that day, and that UCA-2 would meet JAUREGUI instead. JAUREGUI agreed to meet UCA-2 at a Walmart parking lot located in Brawley.

The transaction was again audio and video recorded. JAUREGUI agreed to meet with UCA-2 at a Walmart parking lot in Brawley.

At the meeting location, UCA-2 observed JAUREGUI's Truck pull into the parking lot and make its way towards the UCV. JAUREGUI entered the UCV with a black plastic gun box, which contained a Glock, model 43x, 9mm pistol bearing serial number BXKE897. UCA-2 examined the firearm, which appeared to be functioning and cycling properly. UCA-2 paid JAUREGUI $1,100 for the firearm.

All of the firearms purchased that day are depicted below:





*November 9, 2023- Sale of Three (3) Firearms from JAUREGUI*

Between November 6, 2023, and November 9, 2023, UCA-1 was in communications with JAUREGUI regarding the sale of more firearms.

On November 6, 2023, UCA-1 received picture messages from JAUREGUI depicting a Ruger, model LC9s, 9mm pistol, a Smith & Wesson, model M&P, 9mm pistol and a Sig Sauer, model P229, 40-caliber pistol, available for sale in Brawley. UCA-1 observed the picture of the Sig Sauer, model P229 pistol and saw the lettering "Imperial C.O. S.D." engraved on the frame. UCA-1 informed JAUREGUI that UCA-1 was not available to meet for the purchase of the firearms that day, and that UCA-1 would be sending an associate, UCA-3 instead. JAUREGUI agreed to meet UCA-3 in Brawley.

The transaction occurred on November 9, 2023, and was audio and video recorded. That day, JAUREGUI forwarded UCA-3 a location of 1234 K. Street, Brawley CA, and stated the deal would occur at the address. UCA-3 arrived at 1234 K. Street but observed

JAUREGUI and two (2) additional associates in the front lawn of the JAUREGUI's residence, which, as indicated above is 1251 K. Street.

Prior to UCA-3's arrival, surveillance units observed JAUREGUI exit his residence with a dark colored bag strapped around his chest. JAUREGUI then entered UCA-3's UCV and pulled out three (3) pistols from within the same bag.

UCA-3 inspected the firearms and identified them as a Ruger, model LC9s, 9mm pistol bearing serial number 327-39114, a Smith & Wesson, model M&P 9mm pistol bearing serial number DXX4199, and a Sig Sauer, model P229 40-caliber pistol bearing serial number AH14554. UCA-3 paid JAUREGUI $3,000 for the three firearms. UCA-3 questioned JAUREGUI regarding the Sig Sauer pistol having the "Imperial C.O. S.D." lettering engraved on the frame and asked if the firearm was "hot" (used in a crime). JAUREGUI stated he was not sure and does not ask questions about where the firearms come from. UCA-3 informed JAUREGUI the firearms were destined for Mexico. JAUREGUI acknowledged and stated he (JAUREGUI) already assumed the firearms were destined for Mexico.

The firearms that JAUREGUI sold UCA-3 that day are depicted here:



A gun query for the Sig Sauer, model P229, 9mm pistol bearing serial number AH14554 revealed that it was stolen during a Federal Firearm License (FFL)-The Gun Shop

burglary. In June of 2022, FFL-The Gun Shop in El Centro, CA was burglarized, and twenty-one (21) firearms were stolen. Two suspects were charged and arrested for Theft of Firearm from Licensee, a violation of 18 U.S.C. 924(m).

ATF searched the Federal Firearm Licensing System (FLS) regarding RIOS and JAUREGUI revealed that RIOS and JAUREGUI do not hold and never have held an FFL.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendants to flee, may cause destruction of evidence, or otherwise have a negative impact on this continuing investigation.